**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____        Chapter    **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Mutiny BBQ Company LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **83-3506999** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**808 5th Avenue**<br>**Asbury Park, NJ 07712**<br>Number, Street, City, State & ZIP Code<br><br>**Monmouth**<br>County | **Mailing address, if different from principal place of business**<br><br>**1109 Raymere Ave.**<br>**Ocean Township, NJ 07712**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**805 5th Ave Asbury Park, NJ 07712**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.mutinybbq.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor **Mutiny BBQ Company LLC**                                    Case number (*if known*) _____
    Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5812**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | District | **Trenton** | When | **3/18/26** | Case number | **26-12938-EJO** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor   **Mutiny BBQ Company LLC**                                  Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**     .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Mutiny BBQ Company LLC**                                      Case number (*if known*) _____
        Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Mutiny BBQ Company LLC**                                    Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 29, 2026**
              MM / DD / YYYY

**X** **/s/ Thomas Dunphy IV**                              **Thomas Dunphy IV**
Signature of authorized representative of debtor           Printed name

Title   **Owner**

**18. Signature of attorney**

**X** **/s/ Jonathan Goldsmith Cohen**          Date **April 29, 2026**
Signature of attorney for debtor                     MM / DD / YYYY

**Jonathan Goldsmith Cohen**
Printed name

**I. Mark Cohen Law Group**
Firm name

**1 Executive Drive**
**Suite 6**
**Tinton Falls, NJ 07701**
Number, Street, City, State & ZIP Code

Contact phone   **732-741-9500**     Email address   **jgc@imclawgroup.com**

_____
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mutiny BBQ Company LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alternative Funding Group Corp. 2941 NW 62nd St. Suite 201 Fort Lauderdale, FL 33309** | | **Loan** | | | | **$30,000.00** |
| **American Express Attention: President 200 Vesey St. New York, NY 10285** | | **Credit Card Purchases** | | | | **$3,062.00** |
| **Credia Holdings 550 Glades Road Suite 500 #1015 Boca Raton, FL 33431** | | **Loan** | | | | **$8,305.00** |
| **Donato, Hays & Co 201 Main St. Allenhurst, NJ 07711** | | **Account Balance** | | | | **$2,675.00** |
| **Hunter Caroline Capital LLC 1007 Broadway Woodmere, NY 11598** | | **Business Collateral** | | **$50,000.00** | **$0.00** | **Unknown** |
| **Next Point Funding/Advance Capital Group 3111 N. University Dr., Ste 702 Coral Springs, FL 33065** | | **Loan** | | | | **$41,250.00** |
| **United First, LLC d/b/a United First Capital Experts 2999 NE 191 St. Unit 901 Miami, FL 33180** | | **Loan** | | | | **$16,000.00** |

Alternative Funding Group Corp.
2941 NW 62nd St.
Suite 201
Fort Lauderdale, FL 33309


American Express
Attention: President
200 Vesey St.
New York, NY 10285


Business Debt Adjusters
Delancy Street Group LLC
104 W. 40th St.
New York, NY 10018


Credia Holdings
550 Glades Road Suite 500 #1015
Boca Raton, FL 33431


Donato, Hays & Co
201 Main St.
Allenhurst, NJ 07711


Next Point Funding/Advance Capital Group
3111 N. University Dr., Ste 702
Coral Springs, FL 33065


Thomas Fisher Dunphy IV
1109 Raymere Ave.
Ocean, NJ 07712


Thomas Fisher Dunphy IV
109 Raymere Ave.
Ocean, NJ 07712


Toast, Inc.
Attn: Legal
401 Park Drive
Suite 801
Boston, MA 02115

United First, LLC
d/b/a United First Capital Experts
2999 NE 191 St.
Unit 901
Miami, FL 33180


806 5th LLC
1923 Mcdonald Ave. Unit 92
Brooklyn, NY 11223


AP Thirty Property Holdings, LLC
1300 Ocean Avenue
Suite M1
Asbury Park, NJ 07712


Credibly
270 Madison Ave.
Suite 1406
New York, NY 10016


Hunter Caroline Capital LLC
1007 Broadway
Woodmere, NY 11598


NJ Dept. of Labor, Div. Employer Accts
PO Box 379
08625-0379

# United States Bankruptcy Court
## District of New Jersey

In re    **Mutiny BBQ Company LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mutiny BBQ Company LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 29, 2026**

Date

**/s/ Jonathan Goldsmith Cohen**

**Jonathan Goldsmith Cohen**

Signature of Attorney or Litigant

Counsel for   **Mutiny BBQ Company LLC**

**I. Mark Cohen Law Group**

**1 Executive Drive**
**Suite 6**
**Tinton Falls, NJ 07701**
**732-741-9500 Fax:732-741-0226**
**jgc@imclawgroup.com**